UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PENNY JO HUMMEL,

    Plaintiff,

  v.

Case No. 1:17-cv-01405

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## ORDER

This matter coming before the court on an agreed stipulation, and the court being fully informed, IT IS ORDERED:

The Commissioner's decision is remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On judicial remand, the Appeals Council will instruct an Administrative Law Judge (ALJ) to offer the claimant the opportunity for a hearing and to submit additional evidence, take further action to complete the administrative record, and issue a new decision; and reevaluate the opinion evidence.

Dated at Green Bay, Wisconsin, this   11th   day of June, 2018.

BY THE COURT:

s/ William C. Griesbach
WILLIAM C. GRIESBACH, Chief Judge
United States District Court - WIED